UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED

2005 JUL 19  PH 12: 55

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-170 |
| | | 00-170 |
| v. | * | SECTION: "N" |
| KEITH TOBIAS | * | |

\*    \*    \*

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that Duane A. Evans be substituted for Tania Tetlow as

counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this /8th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

3

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____